UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:20-MJ-00001-1-JLT |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| YESENIA GARCIA, | ) | |
| Defendant. | ) | |

The defendant has sworn as to her financial inability to employ counsel and wishes counsel appointed to represent her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Carol Moses be appointed to represent the above defendant in this case effective *nunc pro tunc* from January 17, 2020 to January 21, 2020.

IT IS SO ORDERED.

Dated: __**January 28, 2020**__              ___**/s/ Jennifer L. Thurston**___
                                                           UNITED STATES MAGISTRATE JUDGE